*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*3:15cr72-001/RV - CANDACE B. MCLEOD*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **75 months. The sentence is comprised of 51 months as to Count 1, 12 months as to Counts 3 and 4, with terms to run concurrent and concurrent with count 1, 24 Months as to Count 2, to run consecutive to all other Counts.**

The defendant shall surrender to either the United States Marshal for this district or to the institution designated by the Bureau of Prisons on June 6, 2016 by 12:00 noon.

The Court recommends to the Bureau of Prisons: that defendant be designated to the Federal Correctional Institution Prison Camp in Marianna, Florida.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on ___6|6|16___ to _7PC MNA_____

at _____, with a certified copy of this judgment.

NC English  Warden
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-

**Case # 3:15cr72-001/RV**

**CANDACE B. MCLEOD**

**USM # 24450-017**

**Defendant's Attorney:**
**Michael John Griffith (Retained)**
**304 East Government Street**
**Pensacola, Florida 32502**

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count 1, 2, 3, and 4 of the Information on December 29, 2015. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | September 26, 2013 | 1 |
| 18 U.S.C. § 1028A(a)(1) | Identity Theft | September 26, 2013 | 2 |
| 26 U.S.C. § 7206(1) | False Tax Returns | January 29, 2010 | 3 |
| 26 U.S.C. § 7206(1) | False Tax Returns | April 1, 2011 | 4 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
March 31, 2016

ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

April __14__, 2016

CERTIFIED A TRUE COPY
Jessica J Lyublanovits

By _____
Deputy Clerk