PROB 12B
(7/93)

# United States District Court

## for the
## Northern District of Florida
## Request for Modifying the Conditions or Term of Probation
## with Consent of the Offender

Name of Offender: Candace B. McLeod  Case Number: 3:15cr72-001/RV

Name of Sentencing Judicial Officer:  Honorable Roger Vinson, Senior U.S. District Judge

Date of Original Sentence:  March 31, 2016

Original Offense:  Count 1: Wire Fraud
Count 2: Identity Theft
Counts 3-4: False Tax Returns

Original Sentence:  75 months custody, followed by (3) three years supervised release

Type of Supervision:  Supervised Release   Date Supervision Commenced:  October 1, 2021

---

## PETITIONING THE COURT

[X]  To modify the conditions of supervision by modifying the following special condition:

*"The offender is required to pay her restitution in equal monthly installments of $200.00 to commence March 2022."*

## CAUSE

As a modification/sanction for violation conduct that occurred as detailed below, the above special condition is requested by the offender and Probation Officer to assist the offender in paying her restitution.

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition: Shall pay restitution in monthly installments of not less than $2,000.00 per month to commence within three months of release from custody.** Ms. McLeod is currently $5400.00 in arrears towards her restitution as of March 2022. |

### History of Supervision:

Ms. McLeod has maintained a stable residence with her husband and children in Holt, Florida. She has maintained employment since beginning supervised release and has made a good faith effort to pay towards her restitution every month since January 2022.

### U.S. Probation Officer Action:

It is recommended this violation be held in abeyance. Ms. McLeod has recently completed a financial investigation and can pay $200.00 a month. A new payment agreement requiring Ms. McLeod to pay $200.00 a month will be signed. Additionally, the Financial Litigation Unit will be contacted to have Ms. McLeod placed in the Treasury Offset Program (TOP) to help ensure her restitution is paid.

If the court concurs with our recommendation, please indicate by selecting the check box below approving "The Modification of Conditions as Noted Above."

FILED USDC FLND PN
APR 1 '22 AM11:03        BR

I declare under penalty of perjury that the foregoing is true and correct.

by        Respectfully submitted,

_____
Jordan E. Mitchell
U.S. Probation Officer
Date: March 30, 2022

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] *The Modification of Conditions as Noted Above*
[ ] Other

_____
Signature of Judicial Officer

4/1/2022
_____
Date